GOSDEN et al. v. HAMMOCK et al.

(Court of Civil Appeals of Texas. Texarkana. Dec. 21, 1911. Rehearing Denied Jan. 11, 1912.)

APPEAL AND ERROR (§ 20*)—JURISDICTION OF APPEAL—JURISDICTION OF TRIAL COURT.

Where, on appeal from the county court, it appears that the amount involved is less than $200, and the transcript contains no record of a justice of the peace, or any record showing that the trial court had jurisdiction, the appeal will be dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 81–87; Dec. Dig. § 20.*]

Appeal from Upshur County Court; W. A. Phillips, Judge.

Action between J. H. Gosden and others and J. J. Hammock and others. From the judgment, J. H. Gosden and others appeal. Appeal dismissed.

J. P. Hart and J. S. Barnwell, for appellants. Warren & Briggs, for appellees.

HODGES, J. This appeal is from the county court of Upshur county. It appears from the pleadings that the amount in controversy is less than $200, and that the county court did not have original jurisdiction. The transcript contains no record from a justice court, nor the record of any proceedings showing that the county court acquired appellate jurisdiction of the case. The appeal will therefore be dismissed. See Royal Fraternal Union v. Bedford, 105 S. W. 523.